CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com

　　Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, | Case 2:19-CV-05415-PA-JEM |
| Plaintiff, | **Notice of Dismissal of Case** |
| v. | |
| **ROM Investments, LLC**, a California Limited Liability Company; **King Taco Restaurant, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

　　Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby dismisses the case.

Dated: January 30, 2020　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By: */s/ Russell Handy*
　　　　　　　　　　　　　　　　Russell Handy, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff